IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| STEPHEN DWIGHT HARDWICK, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs | ) | CIVIL ACTION NO. 01-PT-2893-M |
| | ) | |
| WARDEN HARRELSON, et al, | ) | |
| | ) | |
| Respondent(s). | ) | |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed.[1] An appropriate order will be entered.

DONE, this _____ day of December, 2003.

ROBERT B. PROPST,
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The copy of the Magistrate Judge's Report and Recommendation mailed to the petitioner at his last address known to the court was returned by the United States Postal Service marked "EOS, Moved Left No Address."